FILED

JAN 1 3 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, the Commonwealth of Massachusetts, Michigan, Minnesota, Missouri, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, the Commonwealth of Virginia, Washington, and the District of Columbia, *ex rel*. SHAWN ROSS, | Case No.: 16-CV-1988-W (JLB)<br><br>ORDER AS TO UNITED STATES' ELECTION TO INTERVENE FOR THE PURPOSE OF SETTLEMENT<br><br>~~UNDER SEAL~~ |
| Plaintiffs, | |
| v. | |
| RESMED, INC., | |
| Defendant. | |

The United States having intervened for purposes of settlement in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court orders as follows:

1. the United States' Notice of Election to Intervene, Relator's complaints, and this Order shall be unsealed;

2. all other papers currently on file in this action shall remain under seal;

3. the seal shall be lifted on all matters occurring in this action after the filing of this Order; and

1    4.    all orders of this Court shall be sent to the United States.

2    **IT IS SO ORDERED.**

3

4    DATED: ___12/30/19___

5                                                HON. THOMAS J. WHELAN
                                                 United States District Judge

6    cc:    Counsel for the United States
7           Counsel for the Plaintiff States
            Counsel for Relator
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2                              16CV1988