JOSEPH H. HUNT
Assistant Attorney General

ROBERT S. BREWER, JR.
United States Attorney
JOSEPH P. PRICE, JR.
DYLAN M. ASTE
Assistant U.S. Attorneys
Cal. State Bar Nos. 131689/281341
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7642/7621
Dylan.Aste@usdoj.gov

ANDY J. MAO
DANIEL A. SPIRO
JOHN V. PONYICSANYI
Attorneys, Civil Fraud Section
U.S. Department of Justice
601 D Street NW, Room 9219
Washington, DC 20004
(202) 353-1011
John.V.Ponyicsanyi@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, the Commonwealth of Massachusetts, Michigan, Minnesota, Missouri, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, the Commonwealth of Virginia, Washington, and the District of Columbia, *ex rel*. SHAWN ROSS,<br><br>                Plaintiffs,<br><br>        v.<br><br>RESMED, INC.,<br><br>                Defendant. | Case No.: 16-CV-1988-W-AHG<br><br>UNITED STATES AND RELATOR'S JOINT MOTION FOR PARTIAL DISMISSAL |

1  Pursuant to the terms of the Settlement Agreement between the United States, Relator Shawn Ross, and Defendant ResMed, Inc., effective December 19, 2019 ("Federal False Claims Act Settlement Agreement"),

   1. Relator dismisses with prejudice his claims on behalf of the United States; and

   2. the United States dismisses with prejudice the claims set forth in this action for the Covered Conduct, consistent with the terms set forth in the Federal False Claims Act Settlement Agreement, and the United States otherwise dismisses without prejudice all other claims set forth in this action.

   No answer has been filed or served, and no parties other than the United States and Relator have appeared in this action.

   The Plaintiff States have informed counsel for the United States that they have received payment per the terms of their settlement agreement and anticipate dismissing the remainder of this action.

   A proposed order will be provided in accordance with the Court's rules.

DATED: January 7, 2020            Respectfully submitted,

                                  ROBERT S. BREWER, JR.
                                  United States Attorney


                                   s/ *Dylan M. Aste*
                                  DYLAN M. ASTE
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  United States of America

DATED: January 7, 2020            BURR & FORMAN, LLP

                                   s/ [1] *Andrew G. Melling*
                                  ANDREW G. MELLING

                                  Attorneys for Relator Shawn Ross

---

[1] The filer certifies that the signatory authorized the electronic signature to be placed on this document indicating the content is acceptable.