# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RESMED, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  16-CV-1988 W (AHG)<br><br>**ORDER GRANTING JOINT MOTION FOR PARTIAL DISMISSAL [DOC. 63]** |

　　Parties have filed a joint motion for partial dismissal.  [Doc. 63.]  Good cause appearing, the Court **GRANTS** the joint motion as follows:

1. Relator's claims on behalf of the United States are dismissed with prejudice; and
2. with respect to the United States, the claims set forth in this action for the Covered Conduct, as the term is defined in the Federal False Claims Act Settlement Agreement, effective December 19, 2019, are dismissed with prejudice to the United States consistent with the terms set forth in that

1

Settlement Agreement, and all other claims set forth in this action are dismissed without prejudice to the United States.

**IT IS SO ORDERED.**

Dated: January 15, 2020

_____
Hon. Thomas J. Whelan
United States District Judge