# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RESMED, INC., <br><br> Defendant. | Case No.: 16-CV-1988 W (AHG) <br><br> **ORDER GRANTING JOINT MOTION FOR PARTIAL DISMISSAL [DOC. 65]** |

Parties have filed a joint motion for partial dismissal. [Doc. 65.] Good cause appearing, the Court **GRANTS** the joint motion as follows:

1. The Relator's claims under the various qui tam statutes pled in this Civil Action as to ResMed, Inc. and ResMed, Corp. are dismissed with prejudice.
2. The Settling States of Arkansas, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington's claims as to the

1

Covered Conduct as defined in the State Settlement Agreements are dismissed with prejudice;

3. All other claims of the Settling States are dismissed without prejudice;

4. Connecticut, Hawaii, and the District of Columbia's claims in this Civil Action are dismissed without prejudice.

Based on the foregoing, the Clerk is ordered to close the case file.

**IT IS SO ORDERED.**

Dated: February 3, 2020

Hon. Thomas J. Whelan
United States District Judge